yama. Infracción a la Ley Nacional de Prohibición. Enero 27, 1931.

No. 4434.—PUEBLO, apldo., *v.* RAMÍREZ, aplte.—C. D. San Juan. Injuria y calumnia. Febrero 2, 1931.

No. 4405.—PUEBLO, apldo., *v.* QUIÑONES, aplte.—C. D. Ponce. Infracción artículo 328 del Código Penal. Febrero 6, 1931.

No. 4443.—PUEBLO, apldo. *v.* NEGRÓN, JR., aplte.—C. D. San Juan. Portar armas. Febrero 27, 1931.

No. 4447.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. Arecibo. Hurto de mayor cuantía. Marzo 6, 1931.

No. 4461.—PUEBLO, apldo., *v.* SANTANA, aplte.—C. D. San Juan. Marzo 16, 1931.

No. 4463.—PUEBLO, apldo., *v.* PIRES, aplte.—C. D. San Juan. Adulteración de leche. Marzo 19, 1931.